UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TRACY LASHELLE STEELE, § § *Plaintiff,* § § v. § § COMMISSIONER OF SOCIAL § SECURITY ADMINISTRATION, § § *Defendant.* § | Civil Action No. 3:20-CV-1183 |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. [Doc. No. 28]. The parties filed no objections. The Court reviewed the proposed findings, conclusions, and recommendations for clear error. Finding none, the Court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge.

The Court **GRANTS** the plaintiff's motion for summary judgment, **DENIES** the defendant's motion for summary judgment, and **REVERSES** and **REMANDS** this case to the agency for proceedings consistent with the magistrate judge's findings and conclusions.

**IT IS SO ORDERED** this 30th day of March, 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE