UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TRACY LASHELLE STEELE, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 3:20-CV-1183-X-BK |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | § § § § | |
| *Defendant*. | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. [Doc. No. 35]. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 16th day of November, 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1